1  S. FRANK HARRELL – SBN 133437
   sharrell@lynberg.com
2  SHANNON L. GUSTAFSON – SBN 228856
   sgustafson@lynberg.com
3  ALLAN D. KELLOGG – SBN 279631
   akellogg@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 Town & Country Road, Suite 1450
   Orange, California 92868
6  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
7
   Attorneys for DEFENDANTS COUNTY OF ORANGE AND SHERIFF
8  HUTCHENS

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12  MEGHAN CLEVENGER,                      CASE NO. SACV12-00405 CJC(MLGx)
    Individually, and as Guardian for J.S.C.,
13  a minor.

14          Plaintiffs,

15                                          **JUDGMENT**

        vs.
16

17  THE COUNTY OF ORANGE, A
    Governmental Entity; SANDRA
18  HUTCHENS, Orange County Sheriff,
    Individually and in her Official
19  Capcity; and DOES 1-10. Defendants.

20
            Defendants.
21

22

23

24

25

26

27

28

                              **1**
                         **JUDGMENT**

1    In accordance with the Court's May 14, 2012, Minute Order dismissing

2  Plaintiffs' First Amended Complaint:

3    It is therefore now ORDERED, ADJUDGED, and DECREED that judgment

4  is entered in this action as follows:

5    1.    Plaintiffs shall recover nothing from Defendants;

6    2.    Defendants shall have judgment in their favor against Plaintiffs; and

7    3.    Defendants shall recover from Plaintiffs their costs of suit.

8    **IT IS SO ORDERED**.

9  DATED:  5/17/12

By:  _____

**HON. CORMAC J. CARNEY**
United States District Judge